**Exhibit 84**

| | |
|---|---|
| **From:** | SKindseth@zeislaw.com |
| **To:** | RStark@brownrudnick.com |
| **Subject:** | RE: RE: |
| **Date:** | Thursday, April 07, 2022 11:48:46 AM |

Can we set a time to talk? I'll like to run some things by you. Steve

**From:** Stark, Robert J. <RStark@brownrudnick.com>
**Sent:** Thursday, April 7, 2022 11:29 AM
**To:** Stephen Kindseth <SKindseth@zeislaw.com>
**Subject:** RE:

Making progress on the "boat solution"?

-----Original Message-----
From: Stephen Kindseth <SKindseth@zeislaw.com>
Sent: Monday, April 4, 2022 7:41 PM
To: Stark, Robert J. <RStark@brownrudnick.com>
Subject:

CAUTION: External E-mail. Use caution accessing links or attachments.

'Robert, just following up about the retainer since you offered. I did not receive it today which is slightly disconcerting. If you could find out about its status that would be great. I have put a lot of time in this already with my partner and there's some obviously critical timing issues this week. Thanks so much, Steve

Sent from my iPhone


**********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

HKI(USA)000470

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HKI(USA)000471**