**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
  Debtor. : (Jointly Administered)
---------------------------------------------------------x
: 
HK International Funds Investments :
(USA) Limited, LLC :
: Adv. Proceeding No. 22-05003
  Plaintiff :
v. :
: 
Ho Wan Kwok :
: 
  Defendant :
: 
---------------------------------------------------------x
: 
Chapter 11 Trustee Luc A. Despins :
: 
  Counter-Plaintiff :
v. :
: 
HK International Funds Investments :
(USA) Limited, LLC, and Mei Guo :
: 
  Counter-Defendants. :
---------------------------------------------------------x

**MOTION OF CHAPTER 11 TRUSTEE FOR ESTATE OF HO WAN KWOK
FOR PARTIAL SUMMARY JUDGMENT ON FIRST COUNTERCLAIM**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Luc A. Despins, as chapter 11 trustee (the "Trustee") for the estate of Ho Wan Kwok (the "Debtor") respectfully requests that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding under Rules 7001 and 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Court enter summary judgment on the First Counterclaim in the *Chapter 11 Trustee's Answer and Counterclaims* (the "Answer and Counterclaims") [Adv. Proc. ECF No. 36], in substantially the form annexed hereto as **Exhibit 1** (the "Proposed Order").

## RELIEF REQUESTED

1. By this Motion, the Trustee respectfully requests that this Court grant summary judgment in his favor on the First Counterclaim of the Answer and Counterclaims.

2. The reasons for the relief requested herein are set forth in the accompanying *Memorandum of Law in Support of Motion of Chapter 11 Trustee for Estate of Ho Wan Kwok for Partial Summary Judgment on First Counterclaim and Count One of Plaintiffs' Complaint* (the "Memorandum of Law"), the *Declaration of Nicholas A. Bassett,* and the *Local Rule 56(a)1 Statement of Undisputed Material Facts in Support of Motion of Chapter 11 Trustee for Estate of Ho Wan Kwok for Partial Summary Judgment on First Counterclaim and Count One of Plaintiffs' Complaint* (the "Statement of Undisputed Material Facts" or "SUF"), all of which are being filed concurrently herewith and are incorporated herein by reference.

3. There are no material facts in dispute that would preclude the Court from granting summary judgment in favor of the Trustee.

## JURISDICTION AND VENUE

4. The United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court" or the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of Connecticut (as amended).

5. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BASIS FOR RELIEF REQUESTED

6. In support of this Motion, the Trustee relies upon and incorporates by reference: (i) the Answer and Counterclaims; (ii) the Memorandum of Law; (iii) the Declaration; and (iv) the Statement of Undisputed Material Facts.

## RESERVATION OF RIGHTS

7. The Trustee reserves his right to introduce evidence in support of the Motion at or prior to the hearing on the Motion. The Trustee will serve a copy of this Motion, the accompanying Memorandum of Law, Declaration, and the Statement of Undisputed Material Facts on all Counter-Defendants and counsel for the Counter-Defendants. In light of the nature of the relief requested herein, the Trustee submits that no other or further notice need be provided.

## NO PREVIOUS REQUEST

8. No previous request for the relief sought herein has been made by the Trustee to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Trustee respectfully requests entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: March 19, 2023          LUC A. DESPINS, CHAPTER 11 TRUSTEE
New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    dskalka@npmlaw.com
    plinsey@npmlaw.com

    *and*

    Nicholas A. Bassett (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    (202) 551-1902
    nicholasbassett@paulhastings.com

    *and*

    Avram E. Luft (admitted *pro hac vice*)
    G. Alexander Bongartz (admitted *pro hac vice*)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    aviluft@paulhastings.com
    alexbongartz@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

## EXHIBIT 1

**Proposed Order**

Case 22-05003   Doc 146   Filed 03/19/23   Entered 03/19/23 23:51:04   Page 5 of 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| Debtor. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| HK International Funds Investments (USA) Limited, LLC | : | |
| Plaintiff | : | Adv. Proceeding No. 22-05003 |
| v. | : | |
| Ho Wan Kwok | : | |
| Defendant | : | |

---

| | | |
|---|---|---|
| Chapter 11 Trustee Luc A. Despins | : | |
| Counter-Plaintiff | : | |
| v. | : | |
| HK International Funds Investments (USA) Limited, LLC, and Mei Guo | : | |
| Counter-Defendants. | : | |

---

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR ESTATE OF HO WAN KWOK FOR PARTIAL SUMMARY JUDGMENT ON FIRST COUNTERCLAIM**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Upon the motion (the "Motion")[1] of Luc A. Despins, as chapter 11 trustee (the "Trustee") for the estate of Ho Wan Kwok (the "Debtor"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding under Rules 7001 and 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order granting summary judgment in the Trustee's favor; and this Court having found that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; the relief requested therein is core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and there is no genuine issue as to any material fact entitling the Trustee to summary judgment in his favor on the First Counterclaim; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor is the beneficial owner of, and controls, the yacht the *Lady May*.

3. The *Lady May* is property of the Debtor's chapter 11 estate to be administered by the Trustee.

4. The Counter-Defendants shall surrender the Lady May to the Trustee immediately.

5. The Trustee is authorized to take all actions necessary or appropriate to effectuate this Order.

6. This Order is effective immediately, and no stay pursuant to Rule 7062 of the Federal Rules of Bankruptcy Procedure shall be effective, and the Court hereby waives any

---

[1] Capitalized terms used but not otherwise defined have the meanings set forth in the Motion.

2

limitations set forth in Rule 7062 of the Federal Rules of Bankruptcy Procedure on the Trustee's ability to enforce this judgment upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtor. : (Jointly Administered)
---------------------------------------------------------x
: 
HK International Funds Investments :
(USA) Limited, LLC :
: Adv. Proceeding No. 22-05003
Plaintiff :
v. :
: 
Ho Wan Kwok :
: 
Defendant :
: 
---------------------------------------------------------x
: 
Chapter 11 Trustee Luc A. Despins :
: 
Counter-Plaintiff :
v. :
: 
HK International Funds Investments :
(USA) Limited, LLC, and Mei Guo :
: 
Counter-Defendants. :
---------------------------------------------------------x

**<u>CERTIFICATE OF SERVICE</u>**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

The undersigned hereby certifies that on March 19, 2023, the foregoing Motion for Partial Summary Judgment, and all declarations, exhibits and attachments thereto, including the accompanying Memorandum of Law, Declaration, and the Statement of Undisputed Material Facts, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned adversary proceeding by operation of the Court's electronic filing ("CM/ECF") system. Parties may access this filing through the Court's CM/ECF system.

Dated: March 19, 2023
      New Haven, Connecticut

By: */s/ Patrick R. Linsey*
    Douglas S. Skalka (ct00616)
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 821-2000
    plinsey@npmlaw.com