# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
       Debtor. : (Jointly Administered)
---------------------------------------------------------x
:
HK International Funds Investments :
(USA) Limited, LLC :
: Adv. Proceeding No. 22-05003
       Plaintiff :
v. :
:
Ho Wan Kwok :
:
       Defendant :
:
---------------------------------------------------------x
:
Chapter 11 Trustee Luc A. Despins :
:
       Counter-Plaintiff :
v. :
:
HK International Funds Investments :
(USA) Limited, LLC, and Mei Guo :
:
       Counter-Defendants. :
---------------------------------------------------------x

**DECLARATION OF NICHOLAS A. BASSETT IN SUPPORT OF MOTION OF CHAPTER 11 TRUSTEE FOR ESTATE OF HO WAN KWOK FOR PARTIAL <u>SUMMARY JUDGMENT ON FIRST COUNTERCLAIM</u>**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

I, Nicholas A. Bassett, declare:

1. I am a Partner at the law firm of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, and counsel for Luc A. Despins as Chapter 11 Trustee (the "Trustee"). I respectfully submit this declaration in support of the *Motion of Chapter 11 Trustee for Estate of Ho Wan Kwok for Partial Summary Judgment on First Counterclaim* (the "Motion").

2. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description of Exhibit | Adv. Docket Nos(s).[1] |
|---|---|---|
| 1. | Complaint, *PAX v. Kwok*, April 18, 2017 | 36-45 |
| 2. | Decision and Order on *Motion* in *PAX v. Kwok*, September 15, 2020 | 36-44 |
| 3. | Judgement, *PAX v. Kwok*, January 25, 2021 | 36-46 |
| 4. | Memorandum of Law in Support of PAX CPLR 5229 Motion in *PAX v. Kwok*, September 25, 2020 | 36-47 |
| 5. | Decision and Order on Motion in *PAX v. Kwok*, September 30, 2020 | 36-48 |
| 6. | Trial Transcript in *PAX v. Kwok*, October 15, 2020 | 36-49 |
| 7. | Decision and Order on Motion in *PAX v. Kwok*, October 15, 2020 | 36-50 |
| 8. | Letter from E. Moss to M. Carvalho regarding *PAX v. Kwok*, November 18, 2020 | 36-59 |
| 9. | Notice of Motion for Order of Contempt Against Defendant Kwok *PAX v. Kwok*, December 24, 2020 | 36-60 |
| 10. | Decision of Order and Motion in *PAX v. Kwok*, March 16, 2021 | 36-61 |
| 11. | Transcript in *PAX v. Kwok*, May 27, 2021 | 36-62 |
| 12. | Memorandum of Law in Support of PAX's Motion fo Final Order of Civil Contempt Against Defendant Kwok in *PAX v. Kwok*, July 8, 2021 | 36-63 |

---

[1] All docket entries referenced herein include all exhibits and declarations attached thereto.

| Exhibit | Description of Exhibit | Adv. Docket Nos(s).[1] |
|---|---|---|
| 13. | Affirmation of Lee Vartan, in *PAX v. Kwok*, July 19, 2021 | 36-90 |
| 14. | Hearing Transcript in *PAX v. Kwok*, July 21, 2021 | 36-43 |
| 15. | *Pacific Alliance Asia Opportunity Fund L.P. v. Wan*, 199 A.D.3d 423 (2021) | 36-75 |
| 16. | Evidentiary hearing transcript in *PAX v. Kwok*, February 2, 2022 | 36-37 |
| 17. | Joint Appearance Sheet for February 2, 2022 Hearing, *PAX v. Kwok* | 36-64 |
| 18. | Decision and Order in *PAX v. Kwok*, February 9, 2022 | 36-1 |
| 19. | Affidavit of Mei Guo in *PAX v. Kwok*, January 28, 2022 | 36-41 |
| 20. | Letter from L. Vartan regarding *PAX v. Kwok*, June 7, 2021 | 36-42 |
| 21. | Hearing Transcript, Aug. 1, 2022, *In re Ho Wan Kwok* | |
| 22. | Letter from K. Kearney to E. Moss regarding Subpoena Duces Tecum served on Hodgson Russ LLP in *PAX v. Kwok*, April 7, 2021 | 36-73 |

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 19, 2023
         Washington, D.C.

*/s/ Nicholas A. Bassett*
Nicholas A. Bassett, Esq.
PAUL HASTINGS LLP