# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>    HO WAN KWOK, *et al.*,<br><br>        Debtors.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC,<br><br>        Plaintiff<br><br>    v.<br><br>LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK,<br><br>        Defendant. | Adv. P. No. 22-05003 (JAM)<br><br>Re: ECF No. 142, 154 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK,<br><br>        Counter-Plaintiff<br><br>    v.<br><br>HK INTERNATIONAL FUNDS INVESTMENTS (USA) LIMITED, LLC, and MEI GUO,<br><br>        Counter-Defendants. | |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

On March 17, 2023, the Court entered a preliminary injunction on consent (the "PI Order," ECF No. 142). Paragraph (d) of the PI Order requires that Mei Guo and HK International Funds Investments (USA) Ltd., LLC ("HK USA") "…identify to the Trustee and the Court within five days any other property in which they hold interest…," beyond the Lady May yacht and escrowed funds.

On March 22, 2023, counsel for Mei Guo and HK USA (collectively, "Counsel") filed a Motion for Extension of Time to comply with Paragraph (d) of the PI Order (the "Motion," ECF No. 154). On March 23, 2023, a hearing was held on the Motion. During the hearing, Counsel represented to the Court that in light of recent events, Ms. Guo is in the process of obtaining criminal counsel and needs to confer with criminal counsel regarding compliance with the PI Order. Counsel requested an extension to March 27, 2023 to comply with the PI Order and represented to the Court that Ms. Guo would retain criminal counsel well before that date. Counsel further represented they would not seek any additional extensions of time. The Court informed Counsel that if Ms. Guo and/or HK USA do not identify other property in which they hold an interest as required by Paragraph (d) of the PI Order due to any assertion of the fifth amendment, certain information must be provided to the Court. Therefore, it is hereby:

**ORDERED:** The Motion is **GRANTED IN PART.** Ms. Guo and HK USA are granted an extension to time to 6:00 p.m. on March 27, 2023 to identify other property in which they hold an interest as required by Paragraph (d) of the PI Order; and it is further

**ORDERED:** Under the specific facts and circumstances of this adversary proceeding, the jointly administered Chapter 11 cases, and the other related pending adversary proceedings, if Ms. Guo and/or HK USA do not identify other property in which they hold an interest as

required by Paragraph (d) of the PI Order, at or before 6:00 p.m. on March 27, 2023, Counsel shall file:

(1) an Affidavit of criminal counsel retained by Ms. Guo and/or HK USA stating that Ms. Guo and/or HK USA has/have been advised not to identify other property in which they hold an interest as required by Paragraph (d) of the PI Order because it exposes her and/or it to potential criminal liability; and

(2) a Memorandum of Law establishing the legal basis why Ms. Guo and/or HK USA may invoke the fifth amendment with respect to Paragraph (d) of the PI Order, and why, insofar as compliance with Paragraph (d) of the PI Order requires the production of documents, the act of production doctrine applies to those documents; and it is further

**ORDERED:** No further extensions of time shall be granted; and it is further

**ORDERED:** Failure to comply with this Order may result in sanctions against Counsel and/or Ms. Guo and/or HK USA pursuant to applicable law and rules, including Fed. R. Civ. P. 11, Fed. R. Bankr. P. 9011; and it is further

**ORDERED:** The extension of time granted herein applies only to Paragraph (d) of the PI Order and only to the extent Paragraph (d) requires Ms. Guo and/or HK USA to identify other property in which Ms. Guo and/or HK USA hold an interest. Paragraph (d) and all other terms of the PI Order are otherwise in full force and effect, including the provisions that enjoin Ms. Guo and/or HK USA from transferring, encumbering, moving, disposing of, or in any way impairing their interest(s) in disclosed and non-disclosed property until further order of the Court.

Dated at Bridgeport, Connecticut this 23rd day of March, 2023.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut